AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| BRYAN CURTIS ARISMAN | CASE NUMBER: 08CR2359-WQH |

I, BRYAN CURTIS ARISMAN, the above-named defendant, who is accused of committing the following offense:

Bringing in Illegal Aliens Without Presentation and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2 (Felony),

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on   7/17/08   prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Bryan Arisman
Defendant

Defense Counsel

Before _____
Judicial Officer



FILED
JUL 17 2008
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY               DEPUTY