# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

08 CR 2359-WQH

UNITED STATES OF AMERICA ) CASE NUMBER_____
                         )
vs                       ) ABSTRACT OF ORDER
                         )
                         ) Booking No. 10184298
Bryan Curtis Arisman     )
                         )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of _____ 8/5/08 _____

the Court entered the following order:

__X__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

__X__ Defendant released on $ 35,000 P/S bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
       _____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

UNITED STATES MAGISTRATE JUDGE

Received_____           OR
         DUSM              W. SAMUEL HAMRICK, JR.  Clerk
                           by _____
                                    Deputy Clerk

Crim-9   (Rev 6-95)                        ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY